**No. 50457.**—Protests 54452–K, etc., of Eugene Dietzgen Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 6, 1945

**No. 50458.**—Petition 6460–R of Reedy Forwarding Co. (Tampa).

Opinion by OLIVER, P. J. From the testimony it appeared that the undervaluation was due to a typographical error rather than lack of knowledge of market value. Upon the record it was held that the petitioner did not conceal from the appraiser or other officials any information relevant to this matter, and that there was no intention to deceive the appraiser as to the value of the merchandise or defraud the revenue of the United States. The petition was therefore granted.

**No. 50459.**—Petition 6433–R of Humphrey & MacGregor (Tampa).

Opinion by OLIVER, P. J. From the testimony, it appeared that the undervaluation was solely the result of a clerical error. Upon the entire record it was held that the petitioner acted in good faith and that there was no intention to conceal any of the facts surrounding this transaction, or to deceive the appraiser or other officials as to the value of the merchandise or defraud the revenue of the United States. The petition was therefore granted.